**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 8, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00626-CV

---

### NARY KHAOUNG, Appellant

### V.

### QUI D. LE, Appellee

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-269043**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 11, 2020. On May 25, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Poissant and Wilson.